# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: SHRIQUEN T. HILL  
445 ASHLEY AVENUE  
ROCKFORD, IL  61102

SSN-xxx-xx-4371

Case Number: 05-73105

Case filed on: 6/20/2005  
Plan Confirmed on: 9/16/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $2,751.09          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|   | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|   | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 999 | SHRIQUEN T. HILL | 0.00 | 0.00 | 51.09 | 0.00 |
|   | Total Debtor Refund | 0.00 | 0.00 | 51.09 | 0.00 |
| 001 | ALLIED BUSINESS ACCOUNTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | CERTEGY PAYMENT RECOVERY SERVICES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | CHECK ALERT | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CHECK IT OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CITY OF JANESVILLE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CMBRIDGE INTEGRATED SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | COMED CO | 829.27 | 829.27 | 347.44 | 0.00 |
| 008 | DEHAAN & BACH | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | MASTERCHECK | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | MICHAELS STORES | 440.24 | 440.24 | 184.44 | 0.00 |
| 011 | NATIONAL CHECK CONTROL | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | NICOR GAS | 1,512.23 | 1,512.23 | 633.58 | 0.00 |
| 013 | RISK MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | SCHNUCKS MARKETS INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | SECURITY CHECK | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | UNIQUE NATIONAL COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
|   | Total Unsecured | 2,781.74 | 2,781.74 | 1,165.46 | 0.00 |
|   | Grand Total: | 4,145.74 | 4,145.74 | 2,580.55 | 0.00 |

Total Paid Claimant: $2,580.55  
Trustee Allowance: $170.54  
Percent Paid Unsecured: 41.90

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/26/2009          By  /s/Heather M. Fagan